**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 25, 2021.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-21-00028-CV

---

### FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY, Appellant

### V.

### JAMES CONSTRUCTION GROUP, LLC; AND ZURICH AMERICAN INSURANCE COMPANY, Appellees

---

**On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2020-16758**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed October 15, 2020. On May 14, 2021, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.


PER CURIAM


Panel consists of Chief Justice Christopher and Justices Zimmerer and Hassan.